<u>**NOT FOR PUBLICATION**</u>                                                                                  <u>**CLOSED**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH : : : Plaintiff, : : v. : : MYLAN PHARMACEUTICALS INC., et al., : : Defendants. : : | Civil Action No. 09-366 (FSH) **ORDER** May 12, 2009 |

This matter comes before the Court on Defendant Mylan Pharmaceutical's Motion to Dismiss, and the May 12, 2009 oral argument before this Court; and it appearing that the Court entered judgment on the pending motion on the record during such hearing;

**IT IS** therefore on this 12th day of May, 2009,

**ORDERED** that Defendant's motion is **GRANTED** for the reasons set forth on the record; and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
**HON. FAITH S. HOCHBERG, U.S.D.J.**