NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit



BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,
*Plaintiffs-Appellants,*

v.

MYLAN PHARMACEUTICALS, INC. and MYLAN INC.,
*Defendants-Appellees.*

2009-1402

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-366, Judge Faith S. Hochberg.

ON MOTION

Before RADER, *Chief Judge*, BRYSON and MOORE, *Circuit Judges.*

RADER, *Chief Judge.*

## ORDER

Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. move without opposition to vacate the May 12, 2009 order of the United States District Court of the District of New Jersey in 09-CV-366 and remand for further proceedings.*

The parties previously moved to stay proceeding in this appeal pending disposition of appeal 2009-1032. In that appeal, this court recently vacated the judgment of the United States District Court for the District of Delaware that had held the underlying patent invalid and remanded for further proceedings.

In the present appeal, 2009-1402, the District Court for the District of New Jersey considered the effect of the Delaware district court's determination and granted the defendants' motion to dismiss the complaint filed by Boehringer involving the same patent, based upon issue preclusion and claim preclusion. The parties agree that due to the disposition of 2009-1032, the district court's order must be vacated and the case remanded for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The district court's order granting the motion to dismiss is vacated and the case is remanded for further proceedings.

(2) Each side shall bear its own costs.

---

* The district court's order was signed by the district court judge on May 12, 2009 and filed by the district court on May 13, 2009.

3            BOEHRINGER INGELHEIM v. MYLAN PHARMA

FOR THE COURT

AUG 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Bruce M. Wexler, Esq.
      Shannon M. Bloodworth, Esq.

s20

Issued As A Mandate: AUG 2 2010

**CERTIFIED COPY**
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: [signature]  Date: 8/2/10

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

08102315700 C004

United States District Court
District of New Jersey
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102-1570

RECEIVED
AUG 04 2010